# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RAYMOND NOON, | : | No. 39 WAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered on 7/23/18 |
| v. | : | at No. 359 MD 2018 |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## **ORDER**

**PER CURIAM:**

**AND NOW**, this 18th day of June, 2019, the Order of the Commonwealth Court is AFFIRMED.